**No. 55817.**—M. S. Levy & Sons, Inc., et al. v. United States, protests 550551–G, etc. (Baltimore).

Opinion by FORD, J. The protests were dismissed.

**No. 55818.**—O. Bulowa Co. v. United States, protest 158862–K (New York).

Opinion by FORD, J. The protest was dismissed.

**No. 55819.**—Novelty Veiling Co., Inc. v. United States, protests 165452–K and 167308–K (New York).

Opinion by FORD, J. The protests were dismissed.

**No. 55820.**—Carson Pirie Scott Co. et al. v. United States, protests 167149–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, AUGUST 16, 1951

**No. 55821.**—The Geo. W. McGuire Co. v. United States, petition 6793–R (New York).

Opinion by CLINE, J. The petition was dismissed.